In the Matter of the Accounting of PHILIP R. UNDERHILL, as Administrator, etc., Respondent, ELIZABETH R. GUION, Appellant.

(Argued February 25, 1891; decided March 10, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 18, 1890, which affirmed a decree of the surrogate

of the county of Westchester dismissing the petition in the above entitled matter.

*Alex. Thain* for appellant.

*A. R. Dyett* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed. _____